

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bridget Brown Parson, Appellant

No. 06-15-00035-CV          v.

Lakewind, LLC, Randall Baggs, Owner, et al., and Chinn Exploration, Appellees

Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2009-396).   Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Bridget Brown Parson, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 16, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk